RICHARD MAYO v. THE STATE.

No. 9836. Delivered November 18, 1925.

**Manslaughter—Requested Charges—No Statement of Facts—No Error Apparent.**

Where a record contains no statement of facts, a bill of exception complaining of the trial court's refusal to give two requested special charges, we are unable to pass upon the relevancy of the requested charges which were refused, but will presume the court's action in refusing them was correct.

Appeal from the District Court of Williamson County. Tried below before the Hon. Cooper Sansom, Judge.

Appeal from a conviction of manslaughter, penalty five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for manslaughter. Punishment is five years in the penitentiary.

The record is before us without a statement of facts. The only exceptions relate to the refusal of two special charges requested by appellant. Without knowledge of the facts we can not know the relevancy of the requested charges, but must presume the court's action in refusing them was correct.

The judgment is affirmed.

*Affirmed.*